UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KERI L. I.,[1]

        Plaintiff,

v.                                         Civil No. 2:22cv357

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

        Defendant.

## FINAL ORDER

    Keri L. I. ("Plaintiff"), with the assistance of counsel, brought this action seeking judicial review of the final decision of the Acting Commissioner of the Social Security Administration (the "Commissioner") to deny her claim for disability benefits under the Social Security Act. The matter was referred to a United States Magistrate Judge for a report and recommendation, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. The Magistrate Judge's Report and Recommendation was filed on June 15, 2023, recommending that the Court deny Plaintiff's motion for summary judgment, grant the Commissioner's motion for summary judgment, and affirm the final decision of the Commissioner. ECF No. 18, at 18. By copy

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts use only the first name and last initial of any non-government parties in Social Security cases due to privacy concerns endemic to such cases.

of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections were filed by either party, and the time for filing objections has expired.

Having reviewed the relevant portions of the record and finding no clear error in the Magistrate Judge's findings or reasoning,[2] the Court hereby **ADOPTS** in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on June 15, 2023. ECF No. 18. Accordingly, the Court **DENIES** Plaintiff's motion for summary judgment, ECF No. 13, **GRANTS** the Commissioner's motion for summary judgment, ECF No. 15, and **AFFIRMS** the final decision of the Commissioner.

The Clerk is requested to forward a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ *[signature]*
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
July 31, 2023

---

[2] As no objections to the Report and Recommendation were filed, this Court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).